# HARRIS COUNTY PUBLIC DEFENDER'S OFFICE

1201 Franklin, 13th floor
Houston, Texas 77002

Office No.: 713-368-0016
Fax No.: 713-368-9278

March 18, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

MAR 27 2015

CHRISTOPHER A. PRINE
CLERK

Richard Scott
TDCJ # 01947385
Bartlett Unit
1018 Arnold Drive
Bartlett, Texas 76511

Re: your appeal

Dear Mr. Scott:

I am enclosing a copy of the brief I filed on your behalf, as well as a copy of the Motion to Withdraw. I am explaining my reasoning for filing what is known as a frivolous appeal brief, or *Anders* brief, in a separate letter.

I am required to send you the enclosed form. The form asks the court of appeals to provide you with a copy of the appellate record in your case and also asks that court to give you a 30-day extension of time to file your response to my *Anders* brief, if you choose to do so.

The form also asks for a copy of the appellate record in your case.

**Please note that I have already sent you a copy of the complete record in your case, which consist of a Clerk's Record and four volumes of the Reporter's Record. If you send this form back to the court of appeals, please sign in both spaces provided, confirming what I have sent you already. If you intend to file your own brief, as I've explained in my other letter, then you should ask for another 30 days to file your brief, so send in the signed form (to the address above) which asks for that.**

Very truly yours,

/s/ Bob Wicoff
Bob Wicoff
Attorney at Law

cc: Clerk, 14th Court of Appeals (by efile)

NO. 14-14-00726-CR

| | | |
|---|---|---|
| Richard Anthony Scott | § | COURT OF APPEALS |
| v. | § | 14TH DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

## Pro se Motion for Access to Appellate Record

**To the Honorable Justices of Said Court:**

On March 18, 2015, appellant's appointed counsel filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Richard Anthony Scott, appellant, moves this court to provide him/her access to a copy of the appellate record including the clerk's record and the court reporter's record.

Appellant requests an extension of time of 30 days from the date he/she receives the appellate record to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

*Richard Scott*
Pro se Appellant

**NOTE:** I have already received from my court-appointed attorney, Bob Wicoff, the Clerk's Record (1 volume) and the Reporter's Record (4 volumes), as well as a copy of the Motion to Withdraw and a copy of the Appellant's Brief in Support of Motion to Withdraw.

*Richard Scott* 3-24-2015
Pro se Appellant                    Date